**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01759-CMA-CBS

LISA FRANCIS, and
HEIDI BECK,

    Plaintiffs,

v.

INTEGRA TELECOM HOLDINGS, INC., an Oregon corporation,
ESCHELON TELECOM OF COLORADO, INC., a Minnesota corporation
   d/b/a INTEGRA TELECOM, and
ESCHELON TELECOM, INC., a Delaware corporation
   d/b/a INTEGRA TELECOM,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS
ESCHELON TELECOM OF COLORADO, INC. AND ESCHELON TELECOM, INC.
AND ORDER TO AMEND CAPTION**

---

This matter is before the Court on the parties' Stipulation of Dismissal of Defendants Eschelon Telecom of Colorado, Inc. and Eschelon Telecom, Inc. Without Prejudice (Doc. # 9). The Court has reviewed the Stipulation and ORDERS as follows:

Defendants Eschelon Telecom of Colorado, Inc. and Eschelon Telecom, Inc. are hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Eschelon Telecom of Colorado, Inc. and Eschelon Telecom, Inc. as Defendants in this case.

DATED: July __24__, 2012

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge