**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01759-RM-CBS

HEIDI BECK, an individual; and
LISA FRANCIS,an individual,

      Plaintiffs,

v.

INTEGRA TELECOM HOLDINGS, INC., an Oregon Corporation,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Raymond P. Moore entered on April 24, 2015 it is

      ORDERED that Defendant's Motion for Summary Judgment (ECF No. 23) is GRANTED. It is

      FURTHER ORDERED that Defendant is awarded costs and shall, within 14 days of the date of this Order, file a bill of costs in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C. Colo. L. Civ. R. 54.1, which shall be taxed by the Clerk of the Court. It is

      FURTHER ORDERED that  judgment is hereby entered in favor of Defendant  and against Plaintiffs.

      Dated at Denver, Colorado this 24th day of April, 2015.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

                By:  s/   A. Thomas

                    Deputy Clerk